# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Claude T. Heale | § | Case No. 15-00887 |
| Georgia L. Nordwall | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/13/2015 . The undersigned trustee was appointed on 01/13/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 12,844.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 37.12 |
| Bank service fees | | 206.80 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 12,600.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  05/13/2015  and the deadline for filing governmental claims was  07/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,034.40 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,034.40 , for a total compensation of $ 2,034.40 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 4.26 , for total expenses of $ 4.26 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/06/2016                By:/s/Zane L. Zielinski
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-00887 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Claude T. Heale | | | | Date Filed (f) or Converted (c): | 01/13/2015 (f) |
| | Georgia L. Nordwall | | | | 341(a) Meeting Date: | 02/09/2015 |
| For Period Ending: | 05/06/2016 | | | | Claims Bar Date: | 05/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 483 Sycamore St., New Lenox, IL | 167,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 25.00 | 0.00 | | 0.00 | FA |
| 3. 5/3rd Bank Checking Account | 75.00 | 0.00 | | 0.00 | FA |
| 4. Numark Credit Union Checking Account | 72.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account at TCF Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6. JP Morgan Chase Account | 311.00 | 0.00 | | 0.00 | FA |
| 7. Household goods and furnishings, including audio, video, and | 350.00 | 0.00 | | 0.00 | FA |
| 8. Books, pictures and other art objects, antiques, stamp, coin | 200.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 375.00 | 0.00 | | 0.00 | FA |
| 10. Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 11. Hobby equipment | 900.00 | 0.00 | | 0.00 | FA |
| 12. Life Insurance with Prudential | 2,358.00 | 0.00 | | 0.00 | FA |
| 13. Life Insurance with Prudential | 2,802.00 | 0.00 | | 0.00 | FA |
| 14. 401(k) | 13,174.00 | 0.00 | | 0.00 | FA |
| 15. One Share of Gas Stock | 0.00 | 0.00 | | 0.00 | FA |
| 16. 1.499 shres of Johnson Control Stock | 74.00 | 0.00 | | 0.00 | FA |
| 17. 170 Shares of Caterillar Stock | 17,000.00 | 12,844.00 | | 12,844.00 | FA |
| 18. 4.18 Shares One Oak, Div. Rein Stock | 233.00 | 0.00 | | 0.00 | FA |
| 19. 4.2 Shares Caterillar Reinv. Div. Stock | 450.00 | 0.00 | | 0.00 | FA |
| 20. Precise Bookkeeping Business | 0.00 | 0.00 | | 0.00 | FA |
| 21. 2001 Dodge Dakota | 1,300.00 | 0.00 | | 0.00 | FA |
| 22. 2001 Ford Mustang | 1,300.00 | 0.00 | | 0.00 | FA |
| 23. 2005 Chrysler Sebring W/ 101K Mile | 1,300.00 | 0.00 | | 0.00 | FA |
| 24. Office equipment, Furnishings, and Supplies | 300.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-00887 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Claude T. Heale | | | | Date Filed (f) or Converted (c): | 01/13/2015 (f) |
| | Georgia L. Nordwall | | | | 341(a) Meeting Date: | 02/09/2015 |
| For Period Ending: | 05/06/2016 | | | | Claims Bar Date: | 05/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $209,749.00 | $12,844.00 | | $12,844.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Primary residence: 483 Sycamore St., New Lenox, IL (w/Lucia MA) |
| RE PROP # | 3 | -- | Checking Account @ 5/3 Bank |
| RE PROP # | 4 | -- | Checking Account @ Numark Credit Union |
| RE PROP # | 5 | -- | Checking Account W/ Tcf Bank |
| RE PROP # | 6 | -- | Savings Account at JP Morgan Chase Bank |
| RE PROP # | 7 | -- | Misc. Household Goods And Furnishings |
| RE PROP # | 8 | -- | Misc. Books, Cds, & Dvds |
| RE PROP # | 10 | -- | Misc. Costume Jewelry |
| RE PROP # | 11 | -- | Misc. Hobby Equipment |
| RE PROP # | 12 | -- | Life Insurance Policy W/ Prudential Loan Of $3566 |
| RE PROP # | 13 | -- | Life Insurance Policy W/ Prudential Loan Of $6175 |
| RE PROP # | 14 | -- | 401(k) |
| RE PROP # | 15 | -- | 1 Share Of One Gas Stock |
| RE PROP # | 16 | -- | 1.499 Shares Of Johnson Controls Stock |
| RE PROP # | 17 | -- | 170 Shares Caterpillar, Inc. |
| RE PROP # | 18 | -- | 4.18 Shares One Oak, Div. Rein Stock |
| RE PROP # | 19 | -- | 4.2 Shares Caterillar Reinv. Div. Stock |
| RE PROP # | 20 | -- | Precise bookkeeping (business debts approx $35,000.00 of corp.) |
| RE PROP # | 21 | -- | 2001 Dodge Dakota W/ 99500 Miles (Rust & Collision Damage); |
| RE PROP # | 22 | -- | 2001 Ford Mustang W/161000 Miles (Needs Work & Tires); Undri |
| RE PROP # | 23 | -- | 2005 Chrysler Sebring W/ 101K Miles (Needs Work & Tires) Und |
| RE PROP # | 24 | -- | Misc. Office Equipment; File Cabinets, Computers |

Initial Projected Date of Final Report (TFR): 12/01/2015      Current Projected Date of Final Report (TFR): 12/01/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 15-00887 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Claude T. Heale | Bank Name: | Associated Bank |
| | Georgia L. Nordwall | Account Number/CD#: | XXXXXX4347 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1871 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5011 | Transfer of Funds | 9999-000 | $12,778.08 | | $12,778.08 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.03 | $12,767.05 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.98 | $12,748.07 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.34 | $12,729.73 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.93 | $12,710.80 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.29 | $12,692.51 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.87 | $12,673.64 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.84 | $12,654.80 |
| 02/29/16 | 5001 | Arthur B. Levine Company<br>Maria Sponza<br>Adams-Levine<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond Payment | 2300-000 | | $12.12 | $12,642.68 |
| 03/05/16 | 5002 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Tax Payment | 2820-000 | | $25.00 | $12,617.68 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.60 | $12,600.08 |
| | | | COLUMN TOTALS | | $12,778.08 | $178.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $12,778.08  $178.00

**Page:** 2

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $12,776.08 | $0.00 |
| Subtotal | $0.00 | $178.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $178.00 |

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-00887 | Trustee Name: Zane L. Zielinski |
| Case Name: Claude T. Heale | Bank Name: The Bank of New York Mellon |
| Georgia L. Nordwall | Account Number/CD#: XXXXXX5011 |
| | Checking |
| Taxpayer ID No: XX-XXX1871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/06/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/15 | 17 | Claude T. Heale and Georgia L Nordwall-Heale<br>483 Sycamore Street<br>New Lenox, IL 6045` | Purchase of Stocks | 1129-000 | $12,844.00 | | $12,844.00 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $12,834.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.46 | $12,815.54 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.05 | $12,796.49 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.41 | $12,778.08 |
| 07/14/15 | | Transfer to Acct # xxxxxx4347 | Transfer of Funds | 9999-000 | | $12,778.08 | $0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $12,844.00 | $12,844.00 |
| | Less: Bank Transfers/CD's | $0.00 | $12,778.08 |
| | Subtotal | $12,844.00 | $65.92 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $12,844.00 | $65.92 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4347 - Checking | $0.00 | $178.00 | $12,600.08 |
| XXXXXX5011 - Checking | $12,844.00 | $65.92 | $0.00 |
| | $12,844.00 | $243.92 | $12,600.08 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,844.00 |
| Total Gross Receipts: | $12,844.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-00887  
Debtor Name: Claude T. Heale  
Claims Bar Date: 5/13/2015  

Date: May 6, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $2,034.40 | $2,034.40 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $4.26 | $4.26 |
| A 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Administrative | 2015 Illinois State Income Tax charge. | $0.00 | $25.00 | $25.00 |
| 100 3320 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $14.95 | $14.95 |
| 100 3410 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $1,516.40 | $1,516.40 |
| 1 300 7100 | Silver Cross Hospital<br>C/O Steven Plato Troy Its Attorney<br>116 North Chicago Street<br>Suite 202<br>Joliet, Illinois 60432 | Unsecured | | $55,311.17 | $56,632.17 | $56,632.17 |
| 2 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $7,392.00 | $7,687.05 | $7,687.05 |
| | Case Totals | | | $62,703.17 | $67,914.23 | $67,914.23 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-00887
Case Name: Claude T. Heale
    Georgia L. Nordwall
Trustee Name: Zane L. Zielinski

Balance on hand $ 12,600.08

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 2,034.40 | $ 0.00 | $ 2,034.40 |
| Trustee Expenses: Zane L. Zielinski | $ 4.26 | $ 0.00 | $ 4.26 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $ 14.95 | $ 0.00 | $ 14.95 |
| Other: Alan D. Lasko & Associates P.C. | $ 1,516.40 | $ 0.00 | $ 1,516.40 |
| Other: Illinois Department of Revenue | $ 25.00 | $ 25.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 3,570.01

Remaining Balance $ 9,030.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,319.22  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  14.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Silver Cross Hospital | $ 56,632.17 | $ 0.00 | $ 7,950.85 |
| 2 | Capital One Bank (Usa), N.A. | $ 7,687.05 | $ 0.00 | $ 1,079.22 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,030.07 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE