# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **CLAUDE T. HEALE** and **GEORGIA L. NORDWALL,** Debtors. | Bankruptcy No. 15-00887  Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #42)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on May 13, 2016.

Dated: May 13, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **Claude T. Heale and Georgia L. Nordwall,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
  ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Darrell L Jordan**   lawjko@yahoo.com, dlj60506@gmail.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Rachael A Stokas**   ND-Two@il.cslegal.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Silver Cross Hospital
C/O Steven Plato Troy Its Attorney
116 North Chicago Street
Suite 202
Joliet, Illinois 60432

**VIA U.S. MAIL**
Capital One Bank (Usa), N.A.
Po Box 71083
Charlotte, Nc 28272-1083

**VIA U.S. MAIL**
**Claude T. Heale**
**Georgia L. Nordwall**
483 Sycamore Street
New Lenox, IL 60451