# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §
                                    §
Claude T. Heale                     §     Case No. 15-00887
Georgia L. Nordwall                 §
                                    §
        Debtors                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 137,832.00          Assets Exempt: 56,863.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  9,030.07     Claims Discharged
                                                Without Payment:  250,703.95

Total Expenses of Administration:  3,813.93

3) Total gross receipts of $ 12,844.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,844.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 170,971.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,818.19 | 3,818.19 | 3,813.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 87,146.97 | 64,319.22 | 64,319.22 | 9,030.07 |
| **TOTAL DISBURSEMENTS** | $ 258,117.97 | $ 68,137.41 | $ 68,137.41 | $ 12,844.00 |

4)  This case was originally filed under chapter 7 on  01/13/2015 .  The case was pending for 20 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/24/2016                          By:/s/Zane L. Zielinski
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 170 Shares of Caterillar Stock | 1129-000 | 12,844.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,844.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 1800 Tapo Canyon Rd Simi Valley, CA 93063 | | 143,171.00 | NA | NA | 0.00 |
| | Chase PO Box 24696 Columbus, OH  43224 | | 27,800.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 170,971.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 2,034.40 | 2,034.40 | 2,034.40 |
| Zane L. Zielinski | 2200-000 | NA | 8.52 | 8.52 | 4.26 |
| Arthur B. Levine Company | 2300-000 | NA | 12.12 | 12.12 | 12.12 |
| Associated Bank | 2600-000 | NA | 140.88 | 140.88 | 140.88 |
| The Bank of New York Mellon | 2600-000 | NA | 65.92 | 65.92 | 65.92 |
| Illinois Department of Revenue | 2820-000 | NA | 25.00 | 25.00 | 25.00 |
| Alan D. Lasko & Associates P.C. | 3320-000 | NA | 14.95 | 14.95 | 14.95 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 1,516.40 | 1,516.40 | 1,516.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,818.19 | $ 3,818.19 | $ 3,813.93 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cabela's PO Box 82575 Lincoln, NE  68501 | | 5,640.00 | NA | NA | 0.00 |
| | Comprehensive Pathology Services 26570 Network Place Chicago, IL  60673 | | 1,066.80 | NA | NA | 0.00 |
| | Elan Financial Service 777 E Wisconsin Ave Milwaukee, WI  53202 | | 2,095.00 | NA | NA | 0.00 |
| | Fifth Third Bank PO Box 740789 Cincinnati, OH  45274 | | 5,132.00 | NA | NA | 0.00 |
| | Med Busness Bureau 1460 Renaissance Dr Park Ridge, IL  60068 | | 811.00 | NA | NA | 0.00 |
| | Numark Credit Union 483 Sycamore St. New Lenox, IL 60451 | | 2,010.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Presence St. Joseph PO Box 88097 Chicago, IL  60680 | | 722.00 | NA | NA | 0.00 |
| | Smarsh/Advisor Square 921 SW Washington St., Ste 540 Portland, OR  97205 | | 250.00 | NA | NA | 0.00 |
| | Southwest Infectious Disease 1051 Essington Road, Ste 210 Joliet, IL  60435 | | 918.00 | NA | NA | 0.00 |
| | Steven P. Troy, Esq. Troy & Assoc. 116 N. Chicago St., Ste 202 Joliet, IL  60432 | | 0.00 | NA | NA | 0.00 |
| | Worlds Foremost Bank N 4800 Nw 1st St Ste 300 Lincoln, NE  68521 | | 5,588.00 | NA | NA | 0.00 |
| | Yatin Shah, MD, Sc 2025 S. Chicago St Joliet, IL  60536 | | 211.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | 7,392.00 | 7,687.05 | 7,687.05 | 1,079.22 |
| 1 | Silver Cross Hospital | 7100-000 | 55,311.17 | 56,632.17 | 56,632.17 | 7,950.85 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 87,146.97 | $ 64,319.22 | $ 64,319.22 | $ 9,030.07 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-00887 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski |
| Case Name: | Claude T. Heale | | | | | Date Filed (f) or Converted (c): | 01/13/2015 (f) |
| | Georgia L. Nordwall | | | | | 341(a) Meeting Date: | 02/09/2015 |
| For Period Ending: | 08/24/2016 | | | | | Claims Bar Date: | 05/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  483 Sycamore St., New Lenox, IL | 167,000.00 | 0.00 | | 0.00 | FA |
| 2.  Cash On Hand | 25.00 | 0.00 | | 0.00 | FA |
| 3.  5/3rd Bank Checking Account | 75.00 | 0.00 | | 0.00 | FA |
| 4.  Numark Credit Union Checking Account | 72.00 | 0.00 | | 0.00 | FA |
| 5.  Checking Account at TCF Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6.  JP Morgan Chase Account | 311.00 | 0.00 | | 0.00 | FA |
| 7.  Household goods and furnishings, including audio, video, and | 350.00 | 0.00 | | 0.00 | FA |
| 8.  Books, pictures and other art objects, antiques, stamp, coin | 200.00 | 0.00 | | 0.00 | FA |
| 9.  Wearing Apparel | 375.00 | 0.00 | | 0.00 | FA |
| 10.  Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 11.  Hobby equipment | 900.00 | 0.00 | | 0.00 | FA |
| 12.  Life Insurance with Prudential | 2,358.00 | 0.00 | | 0.00 | FA |
| 13.  Life Insurance with Prudential | 2,802.00 | 0.00 | | 0.00 | FA |
| 14.  401(k) | 13,174.00 | 0.00 | | 0.00 | FA |
| 15.  One Share of Gas Stock | 0.00 | 0.00 | | 0.00 | FA |
| 16.  1.499 shres of Johnson Control Stock | 74.00 | 0.00 | | 0.00 | FA |
| 17.  170 Shares of Caterillar Stock | 17,000.00 | 12,844.00 | | 12,844.00 | FA |
| 18.  4.18 Shares One Oak, Div. Rein Stock | 233.00 | 0.00 | | 0.00 | FA |
| 19.  4.2 Shares Caterillar Reinv. Div. Stock | 450.00 | 0.00 | | 0.00 | FA |
| 20.  Precise Bookkeeping Business | 0.00 | 0.00 | | 0.00 | FA |
| 21.  2001 Dodge Dakota | 1,300.00 | 0.00 | | 0.00 | FA |
| 22.  2001 Ford Mustang | 1,300.00 | 0.00 | | 0.00 | FA |
| 23.  2005 Chrysler Sebring W/ 101K Mile | 1,300.00 | 0.00 | | 0.00 | FA |
| 24.  Office equipment, Furnishings, and Supplies | 300.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-00887 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|---|
| Case Name: | Claude T. Heale | | | | | Date Filed (f) or Converted (c): | 01/13/2015 (f) |
| | Georgia L. Nordwall | | | | | 341(a) Meeting Date: | 02/09/2015 |
| For Period Ending: | 08/24/2016 | | | | | Claims Bar Date: | 05/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $209,749.00        $12,844.00        $12,844.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.

Exhibit 8

| RE PROP # | 1 | -- | Primary residence: 483 Sycamore St., New Lenox, IL (single FMA) |
| RE PROP # | 3 | -- | Checking Account @ 5/3 Bank |
| RE PROP # | 4 | -- | Checking Account @ Numark Credit Union |
| RE PROP # | 5 | -- | Checking Account W/ Tcf Bank |
| RE PROP # | 6 | -- | Savings Account at JP Morgan Chase Bank |
| RE PROP # | 7 | -- | Misc. Household Goods And Furnishings |
| RE PROP # | 8 | -- | Misc. Books, Cds, & Dvds |
| RE PROP # | 10 | -- | Misc. Costume Jewelry |
| RE PROP # | 11 | -- | Misc. Hobby Equipment |
| RE PROP # | 12 | -- | Life Insurance Policy W/ Prudential Loan Of $3566 |
| RE PROP # | 13 | -- | Life Insurance Policy W/ Prudential Loan Of $6175 |
| RE PROP # | 14 | -- | 401(k) |
| RE PROP # | 15 | -- | 1 Share Of One Gas Stock |
| RE PROP # | 16 | -- | 1.499 Shares Of Johnson Controls Stock |
| RE PROP # | 17 | -- | 170 Shares Caterpillar, Inc. |
| RE PROP # | 18 | -- | 4.18 Shares One Oak, Div. Rein Stock |
| RE PROP # | 19 | -- | 4.2 Shares Caterillar Reinv. Div. Stock |
| RE PROP # | 20 | -- | Precise bookkeeping (business debts approx $35,000.00 of corp.) |
| RE PROP # | 21 | -- | 2001 Dodge Dakota W/ 99500 Miles (Rust & Collision Damage); |
| RE PROP # | 22 | -- | 2001 Ford Mustang W/161000 Miles (Needs Work & Tires); Undri |
| RE PROP # | 23 | -- | 2005 Chrysler Sebring W/ 101K Miles (Needs Work & Tires) Und |
| RE PROP # | 24 | -- | Misc. Office Equipment; File Cabinets, Computers |

Initial Projected Date of Final Report (TFR): 12/01/2015          Current Projected Date of Final Report (TFR): 12/01/2015

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-00887 | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|
| Case Name: | Claude T. Heale | Bank Name: | Associated Bank |
| | Georgia L. Nordwall | Account Number/CD#: | XXXXXX4347 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1871 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5011 | Transfer of Funds | 9999-000 | $12,778.08 | | $12,778.08 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.03 | $12,767.05 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.98 | $12,748.07 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.34 | $12,729.73 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.93 | $12,710.80 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.29 | $12,692.51 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.87 | $12,673.64 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.84 | $12,654.80 |
| 02/29/16 | 5001 | Arthur B. Levine Company Maria Sponza Adams-Levine 60 East 42nd Street, Room 965 New York, New York 10165 | Bond Payment | 2300-000 | | $12.12 | $12,642.68 |
| 03/05/16 | 5002 | Illinois Department of Revenue PO Box 19053 Springfield, IL 62794-9053 | Tax Payment | 2820-000 | | $25.00 | $12,617.68 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.60 | $12,600.08 |

Page Subtotals:    $12,778.08    $178.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-00887 | Trustee Name: Zane L. Zielinski |
| Case Name: Claude T. Heale | Bank Name: Associated Bank |
| Georgia L. Nordwall | Account Number/CD#: XXXXXX4347 |
| | Checking |
| Taxpayer ID No: XX-XXX1871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/24/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/03/16 | 5004 | Clerk, U.S. Bankruptcy Court | Trustee Reversal The check made it payable to the court when it was the Trustee's postage charges. | 2200-000 | | ($4.26) | $12,604.34 |
| 06/03/16 | 5003 | Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,034.40 | $10,569.94 |
| 06/03/16 | 5004 | Clerk, U.S. Bankruptcy Court | Trustee | 2200-000 | | $4.26 | $10,565.68 |
| 06/03/16 | 5005 | Alan D. Lasko & Associates P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3320-000 | | $14.95 | $10,550.73 |
| 06/03/16 | 5006 | Alan D. Lasko & Associates P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,516.40 | $9,034.33 |
| 06/03/16 | 5007 | Silver Cross Hospital C/O Steven Plato Troy Its Attorney 116 North Chicago Street Suite 202 Joliet,Illinois 60432 | Final distribution to claim 1 representing a payment of 14.04 % per court order. | 7100-000 | | $7,950.85 | $1,083.48 |
| 06/03/16 | 5008 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 14.04 % per court order. | 7100-000 | | $1,079.22 | $4.26 |
| 06/03/16 | 5009 | Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Trustee's Postage | 2200-000 | | $4.26 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,778.08 | $12,778.08 |
| Less: Bank Transfers/CD's | $12,778.08 | $0.00 |
| Subtotal | $0.00 | $12,778.08 |

Page Subtotals: $0.00   $12,600.08

Less: Payments to Debtors          $0.00          $0.00

Net          $0.00          $12,778.08

Exhibit 9

Page Subtotals:          $0.00          $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-00887 | Trustee Name: Zane L. Zielinski |
| Case Name: Claude T. Heale | Bank Name: The Bank of New York Mellon |
| Georgia L. Nordwall | Account Number/CD#: XXXXXX5011 |
| | Checking |
| Taxpayer ID No: XX-XXX1871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/24/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/15 | 17 | Claude T. Heale and Georgia L Nordwall-Heale 483 Sycamore Street New Lenox, IL 6045` | Purchase of Stocks | 1129-000 | $12,844.00 | | $12,844.00 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $12,834.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.46 | $12,815.54 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.05 | $12,796.49 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.41 | $12,778.08 |
| 07/14/15 | | Transfer to Acct # xxxxxx4347 | Transfer of Funds | 9999-000 | | $12,778.08 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,844.00 | $12,844.00 |
| Less: Bank Transfers/CD's | $0.00 | $12,778.08 |
| Subtotal | $12,844.00 | $65.92 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,844.00 | $65.92 |

| | | |
|---|---|---|
| Page Subtotals: | $12,844.00 | $12,844.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4347 - Checking | $0.00 | $12,778.08 | $0.00 |
| XXXXXX5011 - Checking | $12,844.00 | $65.92 | $0.00 |
| | $12,844.00 | $12,844.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,844.00 |
| Total Gross Receipts: | $12,844.00 |